# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF PENNSYLVANIA

#### U.S. COURTHOUSE
#### INDEPENDENCE MALL WEST
#### 601 MARKET STREET
#### PHILADELPHIA, PA 19106-1797

**GEORGE V. WYLESOL**
**CLERK OF COURT**

CLERK'S OFFICE
ROOM 2609
DIRECT TELEPHONE
(267)299-7104

February 10, 2026

Imoleayo Samuel Aina
FCI Danbury
Federal Correctional Institution
Route 37
Danbury, CT 06811
Prison ID No. 28193-511

Re: United States v. Imoleayo Samuel Aina
Criminal Action No. 24-282-1

Dear Mr. Aina,

  In response to your transcript order form dated January 25, 2026, concerning your request to order the sentencing transcript in the above-captioned case, the estimated costs of the transcript is $704.00. Please mail a check or money order to the above address made payable to Precise Transcripts.

  When payment has been received and the transcript becomes available, the Court will mail you a copy of the transcript.

Very truly yours,

George V. Wylesol
Clerk of Court

By: /s/ Jenna Gallelli
Jenna Gallelli
Transcript Coordinator

cc:
docketing

Rev. 1/2024