# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **IMOLEAYO SAMUEL AINA** | **:** | **24-282-01** |

## ORDER

**AND NOW**, this 27th day of July 2026, it is hereby **ORDERED** that the Defendant's

Pro Se Motion for Return of Property (ECF No. 95) is denied as moot.

S/ *Joel H. Slomsky*
JOEL H. SLOMSKY, J.